# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

UNITED STATES OF AMERICA,

                      Plaintiff,

vs.

JAMAR LEWIS,

                      Defendant.

18CR-215

Judge Elaine Bucklo

## AGREED MOTION TO CONTINUE THE STATUS HEARING AND EXCLUDE TIME

**NOW COMES** the defendant, **JAMAR LEWIS**, through his attorney **Frank J. Himel**, and hereby moves this Honorable Court to continue the status date previously set for June 21, 2018, to July 13, 2018, and exclude time. In support of said Motion, it is alleged as follows:

1. The undersigned counsel filed his appearance today.
2. The June 21st date was previously set at a time when the undersigned counsel is on vacation.
3. The undersigned counsel was also informed by co-defendant, Jerome McCullough's counsel, that he was also unavailable on June 21st.
4. All counsel, including counsel for Latoya Mayfield, have been contacted and all agree to exclude time up to and including, the agreed continued status date of July 13, 2018.
5. The Government does not object to defendant's request.

                                                            Respectfully submitted,

                                                            S:/Frank J. Himel
                                                            Frank J. Himel

Attorney for Defendant
**FRANK J. HIMEL LLC**
1735 N. Ashland Ave.
Suite 203
Chicago, IL 60622
773-904-8012
frankhimel@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Assistant United States Attorney Cornelius Vandeberg

S:/ Frank J. Himel
Frank J. Himel

FRANK J. HIMEL, LLC
1735 N. Ashland, Suite 203
Chicago, Illinois 60622
(773) 904-8012
frankhimel@gmail.com