UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br>vs.<br>JAMAR LEWIS,<br>                                      Defendant. | 18CR-215<br><br>Judge Elaine Bucklo |

## MOTION TO CONTINUE STATUS HEARING

NOW COMES defendant, **JAMAR LEWIS**, through his attorney, **Frank J. Himel**, and hereby requests the Court to continue the status hearing scheduled for December 13, 2018. In support, defendant states the following:

1. A status hearing was held on November 29, 2018.
2. The undersigned counsel was not present due to a scheduling conflict and the co-defendant's counsel (Mr. Boyle) agreed to stand in for the undersigned counsel.
3. The status hearing was continued until December 13, 2018, at 10:30 a.m.
4. The undersigned counsel has a scheduling conflict that day – a change of plea and sentencing hearing in Grundy County, Illinois. A delay in that case would cause the defendant in that case to remain in jail longer than the negotiated plea.
5. The undersigned counsel filed a motion to continue the December 13, 2018, based on the conflict, and that Motion was granted, and the case was continued to December 14, 2018.

6. December 14, 2018, also presents a daunting challenge. The undersigned counsel represents Jose Carlos Galaz, in the USA v. Jose Carlos Galaz, 18-20904-CR pending in the Southern District of Florida (Miami). The case is set for plea or setting on December 19, 2018, and the undersigned counsel has a scheduled jail visit at the Federal Detention Center in Miami on December 14, 2018, from 11:30 a.m. until 2:30 p.m. The undersigned counsel already has a flight booked – Southwest 501 to Fort Lauderdale – departing at 6:20 a.m. A Spanish language translator has also been retained for that day.

7. Counsel is available on December 20, 2018, or any day after Christmas

**WHEREFORE** defendant requests that this Honorable Court grant a continuance for the status hearing.

Respectfully submitted

S;/ Frank J. Himel
Attorney for Defendant

Frank J. Himel
2016 N. Western. Ave.
Chicago, IL 60622
773-904-8012
IL ARDC #6230987

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Assistant United States Attorney Cornelius Vandenbert

Assistant United States Attorney Kavitha Babu

Mr. Rick Beuke

Mr. Pat Boyle


S:/ Frank J. Himel
Frank J. Himel