UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>vs.<br><br>JAMAR LEWIS,<br><br>                  Defendant. | 18CR-215<br><br>Judge Elaine Bucklo |

## MOTION TO ADVANCE STATUS HEARING

       **NOW COMES** defendant, **JAMAR LEWIS**, through his attorney, **Frank J. Himel**, and hereby requests the Court to advance the status hearing previously scheduled for May 22, 2019, at 10:00 a.m. to May 17, 2019, at 9:00 a.m. In support, defendant states the following:

1. Defendant's co-defendant, Jerome McCullough, already has a status hearing on May 17, 2019, at 9:00 a.m.
2. Defendant, Jamar Lewis' status hearing was set for May 22, 2019.
3. The undersigned counsel has a conflict on May 22, 2019, with a sentencing hearing that was set for the same day, May 22, 2019, in an out-of-state district, USA v. Jose Carlos Galaz, 18-20904-CR pending in the Southern District of Florida (Miami).
4. AUSA Kavitha Babu has no objection.
5. **WHEREFORE** defendant requests that this Honorable Court advance his status hearing from May 22, 2019, to May 17, 2019, at 9:00 a.m.

                                                    Respectfully submitted

                                                    S;/ Frank J. Himel
                                                    Attorney for Defendant

Frank J. Himel
2016 N. Western. Ave.
Chicago, IL 60622
773-904-8012
IL ARDC #6230987

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Assistant United States Attorney Kavitha Babu



S:/ Frank J. Himel
Frank J. Himel