

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT ILLINOIS

**FILED**

NOV 03 2021 *CM*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,      (
           (
Plaintiff,              (
           (
           (
V                     (        CASE NO 1:18-cr-00215(1)
           (
           (
JAMAR LEWIS,           (
           (
Defendant.          (

---

## MOTION FOR COMPASSIONATE RELEASE

VIA 18 U.S.C. §3582 (c)(1)(a)

---

Now Comes Defendant Jamar Lewis before this Honorable Court to file this motion seeking compassionate release via 18 U.S.C. § 3582 (C)(1)(a) with exhibits in support of attached.

### JURISDICTION

Defendant Lewis applied for compassionate release with the Warden's office on 6/17/21 (Ex "A"). FPC-Duluth's Wardens 6/29/21 denial included the option to appeal (EX "B"). Defendant appealed the decision with the Warden's office 8/17/21 (EX "C") and was denied on 9/2/21 (EX "D"). This denial divests jurisdiction from the Bureau of Prisons to the Courts and makes this motion ripe before this court.

## EXTRAORDINARY REASONS

Defendant, incarcerated at the federal prison camp in Duluth, Minnesota –
a community custody facility without any fences or cells – has continued without
incident. His "Custody Classification" provided by the Department of Justice
includes he does "Not have a public safety concern."

As of October 18, 2021, FPC-Duluth is currently operating in what they
call: "CODE RED STATUS" for COVID-19. Operations have been altered in hopes
of preventing infections. Despite attempts current totals for COVID in the
area are at the "highest of 2021" (See Duluth News Article – Ex "H").

In addition to defendants health defendant's mother has progressive
health issues that have both placed her in and out of a hospital and have
worsened to now needing additional care (EX "E,F,G"). Defendant requests
permission to be home and able to care for his mother.

## RELEASE PLAN

Defendant does have a release plan on file with the Bureau of Prisons.
That plan includes living with and caring for his mother. He also has gameful
employment and support of family.

## CONCLUSION

Defendant requests his sentence be commuted to time served and then a
new sentence, equal to the unserved portion of his initial sentence, be
imposed and for that sentence to be served on home confinement.

## REQUEST FOR APPOINTMENT OF COUNSEL

Defendant, not an attorney and currently in lock down lock in due to COVID-19, hereby requests an attorney to help with the processing of this motion. Defendant does not have full access to the law library or copier and for that reason, hereby requests the Clerk of Court ECF a copy of this motion to the U.S. Attorney's office.

## CERTIFICATION

Defendant hereby, pursuant 28 USC §1746, certifies the foregoing to be true and correct to the best of his knowledge and belief.

_____        _____ 10-18-21 _____

Jamar Lewis                                        Date
53016424
Federal Prison Camp
P.O. Box 1000
Duluth, MN
55814

EX "A"

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
| Warden Birkholtz | 6/17/2021 |
| FROM: | REGISTER NO.: |
| Jamar Lewis | 53016 - 424 |
| WORK ASSIGNMENT: | UNIT: |
| Education | 209 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Respective Warden,

   I am requesting consideration for compassionate release under the CARE Act provision 3582.

   I look forward to your response.

(Do not write below this line)

DISPOSITION:

Please See Attached

RECEIVED

JUN 23 2021

BY: FPC Dulut
warden office

| Signature Staff Member | Date |
| | 6/29/21 |

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy Folder

SECTION 6

EX "B"

Response to Inmate Request to Staff
Lewis, Jamar
Reg. No. 53016-424

This is in response to your Inmate Request to Staff received in this office on
June 23, 2021.   You request a Compassionate Release.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on
motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or
compelling reasons.   BOP Program Statement No. 5050.50, Compassionate
Release/Reduction in Sentence:   Procedures for Implementation of 18 U.S.C.
3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that
present extraordinary or compelling reasons, such as the inmate's terminal medical
condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly
inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation
of the family member caregiver of the inmate's child; or the incapacitation of the inmate's
spouse or registered partner.   Your request has been evaluated consistent with this
guidance.

The BOP and the Federal Prison Camp (FPC), Duluth, are taking extraordinary
measures to contain the spread of COVID-19 and treat any affected inmates.   We
recognize that you, like all of us, have legitimate concerns and fears about the spread
and effects of the virus; however, your concern about contracting COVID-19 does not
warrant early release from your sentence.   Accordingly, your RIS request is denied at
the time.

If you are not satisfied with this response to your Compassionate Release request, you
may commence an appeal of this decision via the Administrative Remedy process by
submitting your concerns on the appropriate form (BP-9) within 20 calendar days of the
receipt of this response.

I trust this addresses your concerns.

_____                    ____6/29/2021_____
B. Birkholz, Warden                                                   Date

EX "C"

BP-A0148                     INMATE REQUEST TO STAFF CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE                      FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Warden Birkholz | DATE: 8/17/21 |
|---|---|
| FROM: Jamar Lewis | REGISTER NO.: 53016-424 |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

    I would like to request consideration for compassionate release

via 18 U.S.C. § 3582.

(Do not write below this line)

DISPOSITION:

_Please see attached_

RECEIVED
AUG 27 2021
BY: FPC Duluth
Warden's office

| Signature Staff Member | Date 9/2/21 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER        **SECTION 6**

RETAIN TO RETRIEVE ORIGINAL / DESTROY IN 30 DAYS / 07-27-2021

Ex "D"

Response to Inmate Request to Staff
Lewis, Jamar
Reg. No. 53016-424

This is in response to your Inmate Request to Staff dated August 17, 2021, and received in this office on August 27, 2021.   You are requesting a Compassionate Release again.

You previously requested a Compassionate Release and on June 28, 2021, you received your written response.   Your request was denied and you were informed if you were not satisfied with your response, you were to file a Request for Administrative Remedy within 20 calendar days of your response.

I trust this addresses your concerns.

_____                    9/2/2021
B. Birkholz, Warden                                            _____
                                                                           Date

Rec 9/21/21

Lewis Jamar 53016-424

M DURAN 03/221 ✓

EX "E"

 **AT THE FOREFRONT** **UChicago Medicine**

Center for Care and Discovery
5700 S. Maryland Avenue
CHICAGO IL 60637-1448

Clark, Brenda
MRN: 3394538, DOB: 8/6/1961, Sex: F
Acct #: 2002786039
Adm: 6/29/2018, D/C: 7/6/2018

## Principal Problem Audit Trail

| Problem | Noted By | Date/Time |
|---|---|---|
| Stroke due to occlusion of right middle cerebral artery | Allison Elizabeth Lapins, M.D. | 07/06/18 0730 |

Reviewed: **12/2/2018 8:56 AM by Cedric J McKoy, A.P.N.**

## Problem List

**Oxygen desaturation**
Noted - Resolved
2/9/2015 - Present
Entered by Jorel Martinez, M.D.

**Hypertension (Chronic)**
7/6/2018 - Present
Entered by Allison Elizabeth Lapins, M.D.

**\* (Principal) stroke**
7/6/2018 - Present
Entered by Allison Elizabeth Lapins, M.D.

**Acute kidney injury**
7/6/2018 - Present
Entered by Allison Elizabeth Lapins, M.D.

## H&P - Encounter Notes

### H&P by Andrew John Putnam, M.D. at 7/5/2018 1:24 PM

Author: Andrew John Putnam, M.D.
Filed: 7/5/2018 1:28 PM
Editor: Andrew John Putnam, M.D. (FELLOW)

Service: CARDIOLOGY
Date of Service: 7/5/2018 1:24 PM

Author Type: FELLOW
Status: Signed

TEE pre procedure H/P

Patient Name: Brenda Clark   MRN: 3394538
Date of Birth / Age: 8/6/1961 / 56Yrs   Encounter Date: 6/29/2018

Brief HPI / clinical indication:
Brenda Clark is 56Yrs with PMH most notable for HTN, polysubstance abuse and DM who presented to the ER with L sided weakness and facial droop. Dr. Stroke called in ER and she was noted to be hypertensive. Head CT done which showed hypodensities in the R parietal and insular regions. CTA showed a proximal M1 clot with large perfusion mismatch on CTP. She went for mechanical thrombectomy on 6/29. TTE with bubble negative, no LV thrombus. No evidence of A fib, but referred for TEE to r/o other cardioembolic sources.

Prior anesthesia - yes
NPO status - yes

PAST MEDICAL HISTORY/ PAST SURGICAL HISTORY
**Past Medical History:**
Diagnosis                                                Date
- Depression
- Diabetes
- HTN (hypertension)

**Past Surgical History:**
Procedure                               Laterality        Date
- ABDOMINAL SURGERY
- HX HYSTERECTOMY, TOTAL ABDOMINAL

Clark, Brenda
MRN: 3394538



| | | |
|---|---|---|
| **AT THE FOREFRONT** UChicago **Medicine** | Center for Care and Discovery 5700 S. Maryland Avenue CHICAGO IL 60637-1448 | Clark, Brenda MRN: 3394538, DOB: 8/6/1961, Sex: F Acct #: 2002786039 Adm: 6/29/2018, D/C: 7/6/2018 |

## H&P - Encounter Notes (continued)

### H&P by Andrew John Putnam, M.D. at 7/5/2018  1:24 PM (continued)

SOCIAL HISTORY
**Social History**
Substance Use Topics
- Smoking status:                           Current Some Day Smoker
     Types:                                       Cigarettes
- Smokeless tobacco:                  None
- Alcohol use                              No

FAMILY HISTORY
No family history on file.

HOME MEDICATIONS
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • acetaminophen (TYLENOL) suppository 650 mg | 650 mg | Rectal | Q6H PRN | Andrea Loggini, M.D. | | |
| • amLODIPine (NORVASC) tablet 10 mg | 10 mg | Oral | DAILY | Ali Mansour, M.D. | | 10 mg at 07/05/18 1040 |
| • aspirin tablet 325 mg | 325 mg | Oral | DAILY | Katherine Schwartz, D.O. | | 325 mg at 07/05/18 1040 |
| • carvedilol (COREG) tablet 25 mg | 25 mg | Oral | BID (09,21) | Allison Elizabeth Lapins, M.D. | | 25 mg at 07/05/18 1040 |
| • dextrose 50% syringe 25 g | 25 g | Intravenous Push | Q15 MINUTES PRN | Zachary Benjamin Bulwa, M.D. | | |
| • heparin 5,000 unit/0.5 mL injection 5,000 Units | 5,000 Units | Subcutaneous | Q8H (05,13,21) | Katherine Schwartz, D.O. | | 5,000 Units at 07/05/18 1219 |
| • insulin aspart (NOVOLOG) injection 1-2 Units | 1-2 Units | Subcutaneous | QHS PRN | Zachary Benjamin Bulwa, M.D. | | |
| • insulin aspart (NOVOLOG) injection 1-4 Units | 1-4 Units | Subcutaneous | TID (CC) | Zachary Benjamin Bulwa, M.D. | | 1 Units at 07/02/18 0900 |
| • losartan (COZAAR) tablet 100 mg | 100 mg | Oral | DAILY | Zachary Benjamin Bulwa, M.D. | | 100 mg at 07/05/18 1040 |
| • methadone tablet 40 mg | 40 mg | Oral | DAILY | Ali Mansour, M.D. | | 40 mg at 07/05/18 1040 |
| • sodium chloride 0.9% (bolus) 500 mL | 500 mL | Intravenous | ONCE | Katherine Schwartz, D.O. | | |
| • sodium chloride flush syringe 0.5-10 mL | 0.5-10 mL | Intravenous | Q8H | Andrea Loggini, M.D. | | 10 mL at 07/04/18 |

Clark, Brenda
MRN: 3394538

RETAIN TO RETRIEVE ORIGINAL / DESTROY IN 30 DAYS / 08-17-2021
Printed by U0056919 at 8/4/21 11:50 AM

EX "F"

 **AT THE FOREFRONT**
**UChicago Medicine**

| Center for Care and Discovery | Clark, Brenda |
|---|---|
| 5700 S. Maryland Avenue | MRN: 3394538, DOB: 8/6/1961, Sex: F |
| CHICAGO IL 60637-1448 | Acct #: 2002786039 |
| | Adm: 6/29/2018, D/C: 7/6/2018 |

## H&P - Encounter Notes (continued)

### H&P by Fernando D Goldenberg, M.D. at 6/29/2018 7:30 AM (continued)

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Depression | |
| • Diabetes | |
| • HTN (hypertension) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY | | |
| • HX HYSTERECTOMY, TOTAL ABDOMINAL | | |

No family history on file.

**Social History**

Social History
- Marital status:                      Single
         Spouse name:              N/A
- Number of children:              N/A
- Years of education:              N/A

Occupational History
- Not on file.

Social History Main Topics
- Smoking status:              Current Some Day Smoker
         Types:                       Cigarettes
- Smokeless tobacco:              Not on file
- Alcohol use                       No
- Drug use:                            Yes
         *Comment: methadone*
- Sexual activity:                 Not on file

Other Topics                                                     Concern
- Not on file

Social History Narrative

## ALLERGIES AND DRUG REACTIONS
No Known Allergies

(Not in a hospital admission)

## CURRENT MEDICATIONS
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last |
|---|---|---|---|---|---|---|

Clark, Brenda
MRN: 3394538

RETAIN TO RETRIEVE ORIGINAL / DESTROY IN 30 DAYS/08-17-2021  Printed by U0056919 at 8/4/21 11:50 AM



Center for Care and Discovery
5700 S. Maryland Avenue
CHICAGO IL 60637-1448

Clark, Brenda
MRN: 3394538, DOB: 8/6/1961, Sex: F
Acct #: 2002786039
Adm: 6/29/2018, D/C: 7/6/2018

## H&P - Encounter Notes (continued)

### H&P by Fernando D Goldenberg, M.D. at 6/29/2018  7:30 AM (continued)

Dose

- CLEVIDIPINE 25 MG/50 ML IV EMUL
- HYDRALAZINE 20 MG/ML INJ SOLN
- LABETALOL 5 MG/ML IV SOLN

### Current Outpatient Prescriptions

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| AMITRIPTYLINE HCL (AMITRIPTYLINE ORAL) | by Oral route. | | |
| amLODIPine (NORVASC) 10 mg Oral tab tablet | 1 Tab by Oral route daily. | 30 Tab | 0 |
| amLODIPine (NORVASC) 2.5 mg Oral tablet | 4 tablets by Oral route daily. | 30 tablet | 1 |
| AMLODIPINE BESYLATE (AMLODIPINE ORAL) | by Oral route. | | |
| aspirin 81 mg Oral chew | 81 mg by Oral route daily. | | |
| aspirin 81 mg Oral chew | 1 tablet by Oral route daily. | 30 tablet | 1 |
| atenolol (TENORMIN) 25 mg Oral tab tablet | 1 Tab by Oral route daily. | 30 Tab | 0 |
| atenolol (TENORMIN) 25 mg Oral tablet | 1 tablet by Oral route daily. | 30 tablet | 1 |
| ATENOLOL ORAL | by Oral route. | | |
| furosemide (LASIX) 20 mg Oral tab tablet | 1 Tab by Oral route twice daily. | 60 Tab | 0 |
| furosemide (LASIX) 20 mg Oral tablet | 1 tablet by Oral route twice daily. | 60 tablet | 1 |
| insulin aspart (NOVOLOG) 100 unit/mL injection | 0.15 mL by Subcutaneous route three times daily with meals. | 1 Vial | 0 |
| insulin aspart (NOVOLOG) 100 unit/mL injection | If eating take:<br>BG <150 =15units<br>BG 150-179=16 units<br>BG 180-209=17 units<br>BG 210-239=18units<br>BG 240-269=19 units<br>BG 270-299=20 units<br>BG 300-329=21units<br>BG 330-359=22units<br>BG 360-389=23units<br>BG 390-419=24units<br>BG >420= 25units | 1 Vial | 0 |
| insulin aspart (NOVOLOG) 100 unit/mL injection | If you are NOT eating a meal take the following insulin:<br>BG <150 = no extra insulin with meals<br>BG 150-179=1 units<br>BG 180-209=2 units | 1 Vial | 0 |

Clark, Brenda
MRN: 3394538

RETAIN TO RETRIEVE ORIGINAL / DESTROY IN 30 DAYS / 08-17-2021
Printed by U0056919 at 8/4/21 11:50 AM

EX "G"



Center for Care and Discovery
5700 S. Maryland Avenue
CHICAGO IL 60637-1448

Clark, Brenda
MRN: 3394538, DOB: 8/6/1961, Sex: F
Acct #: 2002786039
Adm: 6/29/2018, D/C: 7/6/2018

## Progress Notes - Encounter Notes (continued)

### Progress Notes by Fernando D Goldenberg, M.D. at 6/30/2018 6:22 AM (continued)

| Medication | Dose | Route | Frequency | Provider | | |
|---|---|---|---|---|---|---|
| • clevidipine (CLEVIPREX) 25 mg/50 mL IV | 1-16 mg/hr | Intravenous | CONTINUOUS | Katherine Schwartz, D.O. | 24 mL/hr at 06/30/18 0600 | 12 mg/hr at 06/30/18 0600 |
| • HEPARIN (PORCINE) IN NS (PF) 2,000 UNIT/1,000 ML IV SOLP | | | | | | |
| • hydrALAZINE injection 5 mg Or | 5 mg | Intravenous Push | Q1H PRN | Andrea Loggini, M.D. | | |
| • labetalol (TRANDATE) 5 mg/mL injection 10 mg | 10 mg | Intravenous Push | Q1H PRN | Andrea Loggini, M.D. | | 10 mg at 06/30/18 0207 |
| • insulin aspart (NOVOLOG) injection 2-10 Units | 2-10 Units | Subcutaneous | Q6H PRN | Andrea Loggini, M.D. | | |
| • methadone injection 10 mg | 10 mg | Intravenous Push | Q12H (09,21) | Ali Mansour, M.D. | | |
| • potassium chloride 20 mEq in water - 100 mL IVPB | 20 mEq | Intravenous | Q2H | Ali Mansour, M.D. | | |
| • propofol (DIPRIVAN) 1% infusion - 100 mL | 5-50 mcg/kg/m in (Dosing Weight) | Intravenous | CONTINUOUS | Katherine Schwartz, D.O. | | Stopped at 06/29/18 1730 |
| • sodium chloride 0.9% IV 1,000 mL | 1,000 mL | Intravenous | CONTINUOUS | Bennett Joseph Waxse, M.D. | 80 mL/hr at 06/30/18 0600 | 1,000 mL at 06/30/18 0600 |
| • sodium chloride flush syringe 0.5-10 mL | 0.5-10 mL | Intravenous | Q8H | Andrea Loggini, M.D. | | |
| • sodium chloride flush syringe 0.5-10 mL | 0.5-10 mL | Intravenous | Q5 MIN PRN | Andrea Loggini, M.D. | | |

- clevidipine (CLEVIPREX) 25 mg/50 mL IV    12 mg/hr (06/30/18 0600)
- propofol    Stopped (06/29/18 1730)
- sodium chloride 0.9%    1,000 mL (06/30/18 0600)

| | | | |
|---|---|---|---|
| • acetaminophen | 650 mg | Rectal | Q6H PRN |
| • hydrALAZINE Or | 5 mg | Intravenous Push | Q1H PRN |
| • labetalol | 10 mg | Intravenous Push | Q1H PRN |
| • insulin aspart | 2-10 Units | Subcutaneous | Q6H PRN |
| • sodium chloride | 0.5-10 mL | Intravenous | Q5 MIN PRN |

Clark, Brenda
MRN: 3394538

Printed by U0056919 at 8/4/21 11:50 AM

RETAIN TO RETRIEVE ORIGINAL / DESTROY IN 30 DAYS / 08-17-2021



| | | |
|---|---|---|
| AT THE FOREFRONT **UChicago Medicine** | Center for Care and Discovery<br>5700 S. Maryland Avenue<br>CHICAGO IL 60637-1448 | Clark, Brenda<br>MRN: 3394538, DOB: 8/6/1961, Sex: F<br>Acct #: 2002786039<br>Adm: 6/29/2018, D/C: 7/6/2018 |

## Progress Notes - Encounter Notes (continued)

### Progress Notes by Fernando D Goldenberg, M.D. at 6/30/2018 6:22 AM (continued)

**OBJECTIVE**

**Vitals**

Estimated body mass index is 29.05 kg/(m^2) as calculated from the following:
 Height as of this encounter: 167.6 cm (5' 6").
 Weight as of this encounter: 81.6 kg (180 lb).

Patient Vitals for the past 24 hrs:

| | BP | Temp | Temp src | Pulse | Resp | SpO2 | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| 06/30/18 0600 | (!) 163/88 | - | - | 84 | (!) 22 | 97 % | - | - |
| 06/30/18 0500 | (!) 160/99 | - | - | 82 | (!) 22 | 96 % | - | - |
| 06/30/18 0400 | (!) 144/78 | 36.6 °C (97.9 °F) | NCIT | 77 | (!) 21 | 97 % | - | - |
| 06/30/18 0304 | (!) 142/92 | - | - | 80 | (!) 23 | 96 % | - | - |
| 06/30/18 0300 | (!) 163/97 | - | - | 80 | (!) 24 | 98 % | - | - |
| 06/30/18 0230 | (!) 157/94 | - | - | 81 | (!) 26 | 99 % | - | - |
| 06/30/18 0200 | (!) 163/93 | - | - | 82 | (!) 22 | 100 % | - | - |
| 06/30/18 0130 | (!) 155/95 | - | - | 83 | (!) 23 | 95 % | - | - |
| 06/30/18 0100 | (!) 168/87 | - | - | 81 | (!) 26 | 96 % | - | - |
| 06/30/18 0000 | (!) 147/83 | - | - | 85 | (!) 23 | 98 % | - | - |
| 06/29/18 2300 | 140/80 | - | - | 82 | (!) 21 | 98 % | - | - |
| 06/29/18 2200 | (!) 156/90 | - | - | 91 | (!) 21 | 100 % | - | - |
| 06/29/18 2100 | (!) 156/93 | - | - | 87 | 20 | 100 % | - | - |
| 06/29/18 2030 | (!) 155/88 | - | - | 82 | (!) 24 | 100 % | - | - |
| 06/29/18 2000 | (!) 154/91 | 36.3 °C (97.3 °F) | NCIT | 82 | (!) 24 | 99 % | - | - |
| 06/29/18 1930 | (!) 150/84 | - | - | 81 | 18 | 99 % | - | - |
| 06/29/18 1900 | (!) 161/97 | - | - | 87 | 20 | 100 % | - | - |
| 06/29/18 1845 | (!) 155/96 | - | - | 80 | 19 | 100 % | - | - |
| 06/29/18 1830 | (!) 154/94 | - | - | 84 | 19 | 99 % | - | - |
| 06/29/18 1815 | (!) 150/92 | - | - | 82 | 20 | 99 % | - | - |
| 06/29/18 1800 | (!) 161/93 | 36.9 °C (98.4 °F) | NCIT | 91 | (!) 25 | 99 % | - | - |
| 06/29/18 1745 | (!) 149/94 | - | - | 88 | (!) 21 | 100 % | - | - |
| 06/29/18 1730 | 131/86 | - | - | 84 | 13 | 100 % | - | - |
| 06/29/18 1715 | (!) 144/92 | - | - | 88 | 12 | 100 % | - | - |
| 06/29/18 | 127/84 | - | - | 85 | 12 | 100 % | - | - |

Clark, Brenda
MRN: 3394538

Printed by U0056919 at 8/4/21 11:50 AM

RETAIN TO RETRIEVE ORIGINAL / DESTROY IN 30 DAYS / 08-17-2021

duluthnewstribune.com/activate

Saturday, September 18, 2021

EX "H"

## COVID-19 UPDATE

# 7-day COVID-19 case total highest of 2021

**By Laura Butterbrodt**
Duluth News Tribune

The Northland recorded 950 cases of COVID-19 in its 10-county region Sept. 6-10. The seven-day total of cases is the highest seen since Dec. 18-24, 2020. Last week, there were 619 cases recorded in the region.

The Minnesota Department of Health conducted a data review from long-term care facilities across the state, which added 647 positive cases and 28 deaths spanning from June 2020 to September 2021 to Wednesday's daily report.

There were seven COVID-19-related deaths recorded in the Northland this week, according to the Minnesota Department of Health. One was an Itasca County resident, and six were St. Louis County residents.

St. Louis County Public Health has recorded 30 COVID-19 patients hospitalized and eight patients admitted to the intensive care unit Sept. 1-16.

**COVID: Page A7**

## COVID
From Page A1

In a Thursday morning public health briefing, Itasca County health officials reported a strain on hospitals because of a shortage of hospital and ICU beds, in addition to staff shortages.

Dan Soular, a family medicine physician at Grand Itasca Clinic in Grand Rapids, said the only way to mitigate the spread of COVID-19, especially the current delta variant or any future mutations, is to use the current tools available to people: vaccines, mask wearing and social distancing. Preventing COVID-19 infection can keep hospital beds open for people who require hospitalization for other reasons, he said. Kayla Scrivner, chief operating officer of Scenic Rivers Health Services, said the virus is spreading among entire families and social groups, especially with schools back in session.

New cases in Northland counties Sept. 10-16:

► Aitkin — 22.
► Carlton — 74.
► Cook — 8.
► Itasca — 139.
► Koochiching — 82.
► Lake — 18.
► St. Louis — 499.
► Ashland — 24.
► Bayfield — 23.
► Douglas — 60.

### St. Louis County

Of the 950 new cases in the Northland this week, 499 were in St. Louis County, according to the Minnesota Department of Health. Last week, there were 358 cases in the county.

New cases in St. Louis County cities Sept. 10-16, according to St. Louis County Public Health:

► Duluth — 262.
► Hibbing — 35.

► Hoyt Lakes, Iron, Nett Lake, Orr, Saginaw — 5 each.
► Babbitt, Gilbert — 4 each.
► Britt, Makinen, Side Lake — 3 each.
► Embarrass, Zim — 2 each.
► Alborn, Biwabik, Brookston, Meadowlands, Soudan — 1 each.

As of Thursday, the county's seven-day testing positivity rate was 7%, up 2.7% from last week. The county conducted 7,142 tests Sept. 10-16.

### Carlton County

Carlton County logged 74 new cases in the last week. Those new cases came from 1,050 tests, putting this week's testing positivity rate at 7%, up 2.2% from last week.

New cases in Carlton County ZIP codes Sept. 10-16, according to Minnesota Department of Health data:

► Cloquet — 38.
► Barnum, Moose Lake — 8 each.
► Esko — 7.
► Carlton — 5.
► Wright — 4.
► Wrenshall — 3.
► Cromwell, Kettle River — 2 each.
► Sawyer — 1.

All Minnesota Northland counties except Aitkin County had positive test rates above 5% this week. Koochiching County's positivity rate was the highest, at 11.1%.

In the Northland, an additional 873 people received a first dose of COVID-19 vaccine, bringing the total of Northland residents with at least one dose to 234,017, and 1,210 people became fully vaccinated. The total number of fully vaccinated Northlanders is now 222,011 — about 56% of the Northland's total population.

Percentage of people with at least one vaccine dose in each county:

J. Lewis
53016424
Federal Prison Camp
P.O. Box 1000
Duluth, MN
55814

2021 NOV -3 AM 8:22

CLERK OF THE COURT

219 South Dearborn Street

Chicago, IL

60604

11/03/2021-41






